**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>MALONEY, MITCHELL L<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-01641 ABG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT sitting at the **Park City Branch Court** located at **301 Greenleaf Ave, Park City, Illinois, 60085** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar

    on: **May 15, 2009**
    at: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         15,510.09

    b. Disbursements                         $              26.76

    c. Net Cash Available for Distribution   $         15,483.33

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| ILENE F. GOLDSTEIN (Trustee Fees) | 0.00 | $2,301.01 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Fees) | 0.00 | $3,931.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Expenses) | 0.00 | $70.00 |
| Jodi E. Gimbel,P.C. (Trustee's Accountant Fees) | 0.00 | $385.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $34,885.53 must be paid in full if trustee is holding funds from the sale of that creditors collateral for there to be any dividend to secured creditors. The secured creditor dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | Ford Motor Credit Company P.O. Box 537901 Livonia, MI 48153-7901 | 34,885.53 | 00.00 |

Only filed a secured claim. Trustee is allowing as secured claim. They did not file an unsecured claim. Trustee did not liquidate vehicle that is claimed as security. The Trustee is not holding any funds to satisfy this secured claim

7. Claims of general unsecured creditors totaling $233,192.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.77%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | EMC Mortgage Corporation | $ 61,628.85 | $ 8,122.60 |
| 3 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card Services | $ 5,111.72 | $ 673.72 |
| 4 | Real Time Resolutions Inc: Late filed claim | $ 166,451.79 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may

      differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:None


Dated: **April 17, 2009**                    For the Court,


                                  **<u>KENNETH S. GARDNER</u>**
                                  Kenneth S. Gardner
                                  Clerk of the U.S. Bankruptcy Court
                                  219 S. Dearborn Street; 7th Floor
                                  Chicago, IL 60604

Trustee: ILENE F. GOLDSTEIN
Address: Law Offices of Ilene F. Goldstein, Chartered
               850 Central Ave.
               Suite 200
               Highland Park, Illinois 60035
Telephone # (847) 926-9595