**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>MALONEY, MITCHELL L<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-01641 ABG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT sitting at the **Park City Branch Court** located at **301 Greenleaf Ave, Park City, Illinois, 60085** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar

   on: **May 15, 2009**
   at: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                 $            15,510.09

   b. Disbursements                            $                 26.76

   c. Net Cash Available for Distribution      $            15,483.33

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|

| | | |
|---|---|---|
| ILENE F. GOLDSTEIN (Trustee Fees) | 0.00 | $2,301.01 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Fees) | 0.00 | $3,931.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Expenses) | 0.00 | $70.00 |
| Jodi E. Gimbel,P.C. (Trustee's Accountant Fees) | 0.00 | $385.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $34,885.53 must be paid in full if trustee is holding funds from the sale of that creditors collateral for there to be any dividend to secured creditors. The secured creditor dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | Ford Motor Credit Company P.O. Box 537901 Livonia, MI 48153-7901 | 34,885.53 | 00.00 |

Only filed a secured claim. Trustee is allowing as secured claim. They did not file an unsecured claim. Trustee did not liquidate vehicle that is claimed as security. The Trustee is not holding any funds to satisfy this secured claim

7. Claims of general unsecured creditors totaling $233,192.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.77%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | EMC Mortgage Corporation | $ 61,628.85 | $ 8,122.60 |
| 3 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card Services | $ 5,111.72 | $ 673.72 |
| 4 | Real Time Resolutions Inc: Late filed claim | $ 166,451.79 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may

      differ due to interest accrual, fee reductions, or as ordered by the Court.

9.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.   Debtor has been discharged.

11.   The Trustee proposed to abandon the following property at the hearing:None


Dated: **April 17, 2009**    For the Court,

 

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:   ILENE F. GOLDSTEIN
Address:  Law Offices of Ilene F. Goldstein, Chartered
          850 Central Ave.
          Suite 200
          Highland Park, Illinois 60035
Telephone # (847) 926-9595

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                  Date Rcvd: Apr 17, 2009
Case: 07-01641                 Form ID: pdf002              Total Served: 25

The following entities were served by first class mail on Apr 19, 2009.
db           +Mitchell L Maloney,    36824 N. Lake Street,    Ingleside, IL 60041-9735
aty          +Ilene F Goldstein,    Ilene F Goldstein Chartered,    850 Central Avenue,    Suite 200,
               Highland Park, IL 60035-3278
aty          +Steven J Brody,    Steven Brody & Associates, Ltd.,    15 W. Woodstock St,
               Crystal Lake, IL 60014-4209
tr           +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,   Ste 200,
               Highland Park, IL 60035-3278
11152646     +American Home Mtg Srv,    Po Box 905,   Columbia, MD 21044-0905
11152647     +Armando & Pamela Holguin,    13 Larkspur Lane,    Bristol, IL 60512-9717
11152648     +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
11152649     +Chase Manhattan Mortga,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
13720839     +EMC Mortgage Corporation,    800 State Hwy 121 Bypass,    Lewisville, TX 75067-4180
11394805      EMC Mortgage Corporation,    Bankruptcy Department,    P.O. Box 292190,    Lewisville, TX 75029-2190
11506056      EMC Mortgage Corporation,,    McCalla, Raymer, et al. Bankruptcy Depar,    Roswell, GA 30076
11152650     +Emc Mortgage,    Po Box 141358,    Irving, TX 75014-1358
11152651     +Florencio Rodriguez,    928 Oliver Avenue,    Aurora, IL 60506-5931
11152652     +Ford Cred,    Po Box Box 542000,   Omaha, NE 68154-8000
11162147      Ford Motor Credit Company,    P.O. Box 537901,    Livonia, MI 48153-7901
11199918     +Household Bank (SB), N.A. (Yamaha),,    c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
11152653     +Hsbc Nv,   Po Box 19360,    Portland, OR 97280-0360
11152654     +Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850-5519
11152655     +Hsbc/Ymaha,    90 Christiana Rd,    New Castle, DE 19720-3118
12099635    ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,    DALLAS TX 75235-1655
             (address filed with court: Real Time Resolutions Inc,     1750 Regal Row Ste 120,   PO Box 36655,
               Dallas, Texas 75235)
11152656      Washington Mutual Fa,    Po Box 1093,    Northridge, CA 91328
11152657     +William Helm,    1688 Driftwood Lane,    Crystal Lake, IL 60014-1786
11406281      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480
11371218     +eCast Settlement Corporation,    PO Box 35480,    Newark, NJ 07193-5480
The following entities were served by electronic transmission on Apr 18, 2009.
11307462     +E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2009 04:30:50
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           The Law Offides of Ilene F Goldstein, Chartered
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2009**                    **Signature:** _Joseph Speetjens_